UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>                    Plaintiffs,<br><br>            -against-<br><br>LIBERTY FURNITURE SERVICES, INC, LIBERTY INSTALLATION SERVICES LTD., UNITED BUSINESS ENVIRONMENTS, INC., UNITED INTERIOR RESOURCES, INC., KEITH BRAWLEY, and JEFF MASTIC,<br><br>                    Defendants. | **ORDER**<br><br>21 Civ. 2118 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for October 21, 2021 is adjourned to **November 12, 2021 at 10:30 a.m.**

Dated: New York, New York
       October 20, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge