

**VIRGINIA & AMBINDER LLP**
A t t o r n e y s   a t   L a w

MEMO ENDORSED:
The application is granted.  The conference currently
scheduled for November 12, 2021 is adjourned to
**December 2, 2021 at 10:30 a.m.**

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082

October 21, 2021

SO ORDERED.                                                    ·ras

*Paul G. Gardephe*

lallp.com

**VIA ELECTRONIC CASE FI**

_____
Paul G. Gardephe
United States District Judge
Dated: October 26, 2021

Hon. Paul Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
Brooklyn, New York 11201

Re:     ***Trs. of NYC Dist. Council of Carpenters Pension Fund, et al. v.***
          ***Liberty Furniture Services, Inc., et al.*; Case No. 21 CV 2118 (PGG)**

Dear Judge Gardephe:

This firm represents Plaintiffs in the above-referenced case.  Plaintiffs write jointly with Defendants to respectfully request that the Court adjourn the pretrial status conference currently scheduled for November 12, 2021 at 10:30 a.m. to a date convenient for the Court where counsel are available.

On October 20, 2021, the Court adjourned pretrial conference set for October 21, 2021 until November 12, 2021 at 10:30 a.m.  Undersigned counsel, however, will be unavailable from November 5, 2021 through November 20, 2021 on account of my wedding and honeymoon. Accordingly, Plaintiffs respectfully request that the Court adjourn the November 12, 2021 pretrial status conference to a subsequent date convenient for the Court.

Counsel for the parties have conferred and identified the following dates as dates when they are available: November 22, 2021, November 29, 2021, November 30, 2021, December 1, 2021, and December 3, 2021.  All parties consent to this adjournment request.  This request is the first such request.

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,
*John M. Harras*
John M. Harras

cc:     Counsel of Record (via ECF)