

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082

January 31, 2022

> **MEMO ENDORSED**:
> The status conference currently scheduled for February 3, 2022 is adjourned to **April 7, 2022 at 11:15 a.m.**
>
> SO ORDERED.
>
> *Paul G. Gardephe*
> Paul G. Gardephe
> United States District Judge
> Dated: January 31, 2022

**VIA ELECTRONIC CASE FILING**

Hon. Paul Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Trs. of NYC Dist. Council of Carpenters Pension Fund, et al. v. Liberty Furniture Services, Inc., et al.*; **Case No. 21 CV 2118 (PGG)**

Dear Judge Gardephe:

This firm represents Plaintiffs in the above-referenced case. Plaintiffs write jointly with Defendants to respectfully request that the Court refer this matter to a settlement conference before the Magistrate Judge assigned to this case and adjourn the status conference set for Thursday, February 3, 2022.

As stated in their letter to the Court dated January 25, 2022, (ECF Doc. No. 30), the parties believe that a settlement conference before a Magistrate Judge could resolve this action. In that letter, the parties requested a referral to a Magistrate Judge that would not subsequently be involved in this case. On January 28, 2022, the Court indicated to undersigned counsel that it would readily refer the case to the Magistrate Judge assigned to the case but not, at this juncture, to another Magistrate Judge. On that same day, undersigned counsel conferred with counsel for Defendants regarding a referral to the Magistrate Judge assigned to this case. Today, all parties agreed that such a referral is satisfactory.

Accordingly, the parties respectfully request that the Court refer this matter to the assigned Magistrate Judge for a settlement conference. Based on this referral request, the parties also respectfully request that the Court adjourn the February 3, 2022 status conference *sine die* pending the completion of the settlement conference. All parties consent to these requests.

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,

*John M. Harras*
John M. Harras

cc:   Counsel of Record (via ECF)